JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DARNELL LYNCH, <br><br> Petitioner, <br><br> v. <br><br> CONNIE GIPSON, <br><br> Respondent. | Case No. CV 11-8439-JVS (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: July 7, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE